# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156849(132)


RAFAELI, LLC, and ANDRE OHANESSIAN,
      Plaintiffs-Appellants,

v

OAKLAND COUNTY and ANDREW MEISNER,
      Defendants-Appellees.
_____/

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ


      On order of the Chief Justice, the motion of defendants-appellees to file a supplemental brief is GRANTED. Each side may file a supplemental brief that is limited to ten pages and addresses only the three issues identified in defendants-appellees' motion on or before December 13, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk